UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ARTHUR JACKSON (#104269)

VERSUS

N. BURL CAIN, WARDEN, ET AL.

CIVIL ACTION

NO. 07-0693-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's claims against defendant Matthew McMiller shall be dismissed for failure of the plaintiff to serve this defendant within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the motion to dismiss of the remaining defendant, N. Burl Cain, shall be granted, dismissing the plaintiff's claims against this defendant, with prejudice and this action shall be DISMISSED.[1]

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 3, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 18.

Doc#45853